UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FRANK GALLO, | ) |
| Plaintiff, | ) Case No. 21-cv-10549-DPH-KGA |
| v. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| TCF FINANCIAL CORPORATION, GARY TORGOW, THOMAS C. SHAFER, VANCE K. OPPERMAN, DAVID T. PROVOST, PETER BELL, KAREN L. GRANDSTRAND, RICHARD H. KING, RONALD A. KLEIN, BARBARA J. MAHONE, BARBARA L. MCQUADE, ROGER J. SIT, JULIE H. SULLIVAN, JEFFREY L. TATE, ARTHUR A. WEISS, FRANKLIN C. WHEATLAKE, and THERESA M.H. WISE, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Frank Gallo ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: March 12, 2020

**OF COUNSEL**

**BRAGAR EAGEL & SQUIRE, P.C.**

Alexandra B. Raymond
810 Seventh Avenue, Suite 620
New York, NY 10019
Tel: (646) 860-9158
Fax: (212) 214-0506
Email: raymond@bespc.com

*Attorneys for Plaintiff*

WEISSLAW LLP

By _____
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*

- 2 -