UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Frank Gallo**, et al.**,

      **Plaintiff,**                Case No. 21-10549

    **vs.**                            HON. DENISE PAGE HOOD

TCF Financial Corporation, et al.,

      **Defendant.**

_____/

## ORDER DISMISSING CASE

Plaintiff filed a Notice of Voluntary Dismissal on March 12, 2021, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

                                          s/Denise Page Hood
                                          United States District Judge

DATED: March 16, 2021